IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERESA CENTENO and MARTHA ALBARRAN | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) 1:17-cv-1616 ) |
| LA PLAYITA, INC., LA PLAYITA II, INC., and GERARDO MEZA, individually, | ) Hon. Joan Lefkow ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiffs and Defendants, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that, effective with filing of this Stipulation of Dismissal, this matter may be dismissed as to the remaining Defendants[1], without prejudice, each party to bear its own costs and fees. If Plaintiffs have not moved to reinstate by March 30, 2020, dismissal will automatically convert to be with prejudice.

Dated: 7/17/2018

| | |
|---|---|
| s/Carlos G. Becerra | s/Dana L. Kurtz |
| Carlos G. Becerra | Dana L. Kurtz |
| Becerra Law Group, LLC | Kurtz Law Offices, Ltd. |
| 11 E. Adams St., Suite 1401 | 32 Blaine Street |
| Chicago, IL 60603 | Hinsdale, IL 60521 |
| Phone: (312)957-9005 | Phone: (630) 323-9444 |
| Email: cbecerra@law-rb.com | Email: dkurtz@kurtzlaw.us |
| Attorney for Plaintiffs | Attorney for Defendant |

---

[1] Defendant Meza was dismissed with prejudice on July 17, 2018.