# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Teresa Centeno, et al.

                            Plaintiff,

v.                                          Case No.: 1:17–cv–01616
                                            Honorable Joan H. Lefkow

La Playita, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 17, 2018:

        MINUTE entry before the Honorable Joan H. Lefkow:Status hearing of 7/18/2018 stricken. Pursuant to Stipulation of Dismissal With Prejudice of Defendant Meza [35], defendant Gerardo Meza is dismissed with prejudice, each party to bear its own costs and fees. Pursuant to Stipulation of Dismissal [36], this matter dismissed without prejudice as to the remaining defendants, each party to bear its own costs and fees. If plaintiffs have not moved to reinstate by 3/30/2020, dismissal will automatically convert to be with prejudice. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.